ORIGINAL

FILED
08 MAY 22 PM 3: 48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   TRISH M. HIGGINS (State Bar No. 119215)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
2   400 Capitol Mall, Suite 3000
    Sacramento, CA 95814-4497
3   Telephone:    916-447-9200
    Facsimile:    916-329-4900
4
    ERIN M. CONNELL (State Bar No. 223355)
5   AMIRA B. DAY (State Bar No. 239045)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
6   The Orrick Building
    405 Howard Street
7   San Francisco, CA 94105
    Telephone:    415-773-5700
8   Facsimile:    415-773-5759

E-filing

9   Attorneys for Defendant
    MORGAN STANLEY & CO. INCORPORATED
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

                  CV   08      2602 EMC

14

15  CAROL ETTINGER, individually and on        Case No.
    behalf of all others similarly situated,
16                                              NOTICE OF INTERESTED PARTIES
                        Plaintiff,
17
            v.
18
    MORGAN STANLEY & CO., INC. and
19  DOES 1 through 50, inclusive,

20                      Defendants.

21

22

23

24

25

26

27

28

OHS West:260444148.1                    NOTICE OF INTERESTED PARTIES (Case No. _____ )

1    The undersigned, counsel of record for defendants Morgan Stanley & Co., Inc., certifies

2    that the following listed parties presently have a direct, pecuniary interest in the outcome of this

3    case. These representations are made to enable the Court to evaluate possible disqualification or

4    recusal.

5    Morgan Stanley & Co. Incorporated. – Defendant;

6    Carol Ettinger - Plaintiff

7        .

8    Dated: May 22, 2008.                    TRISH M. HIGGINS
                                              ERIN M. CONNELL
9                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

10

11                                           Erin M. Connell
                                             Attorneys for Defendant
12                                           Morgan Stanley & Co. Incorporated

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28