1  TRISH M. HIGGINS (State Bar No. 119215)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
3  Telephone:   916-447-9200
   Facsimile:    916-329-4900
4
   ERIN M. CONNELL (State Bar No. 223355)
5  AMIRA B. DAY (State Bar No. 239045)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, CA  94105
   Telephone:   415-773-5700
8  Facsimile:    415-773-5759

9  Attorneys for Defendant
   MORGAN STANLEY & CO. INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL ETTINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV 08 2602 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

OHS West:260445602.1

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE & REQUEST FOR
REASSIGNMENT TO US DISTRICT JUDGE
CASE NO.  CV 08 2602 EMC

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 27, 2008

TRISH M. HIGGINS
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Erin M. Connell
Erin M. Connell
Attorneys for Defendant
Morgan Stanley & Co. Incorporated

- 2 -

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE & REQUEST FOR
REASSIGNMENT TO US DISTRICT JUDGE
CASE NO. CV 08 2602 EMC