TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:   916-447-9200
Facsimile:    916-329-4900

ERIN M. CONNELL (State Bar No. 223355)
AMIRA B. DAY (State Bar No. 239045)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
MORGAN STANLEY & CO. INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL ETTINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 08 2602 EMC<br><br>**CERTIFICATE OF SERVICE** |

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. I hereby certify that this document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 27, 2008 (see attached Notice of Electronic Filing) as indicated

1  below.
2      On May 27, 2008, I served the following document(s):

3  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

4  on the interested parties in this action by placing true and correct copies thereof in sealed
5  envelope(s) addressed as follows:

    Cameron M. Cunningham
    Attorney at Law
    719 Orchard Street
    Santa Rosa, CA 95405

    Newman Guthrie Strawbridge
    Crawford & Strawbridge
    719 Orchard Street
    Santa Rosa, CA 95404

12     I am employed in the county from which the mailing occurred.  On the date
13 indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office
14 business address indicated above.  I am readily familiar with this firm's practice for the collection
15 and processing of correspondence for mailing with the United States Postal Service.  Under that
16 practice, the firm's correspondence would be deposited with the United States Postal Service on
17 this same date with postage thereon fully prepaid in the ordinary course of business.
18     I declare under penalty of perjury that the foregoing is true and correct.
19     Executed on May 12, 2008, at San Francisco, California.

                    _____
                            Rebecca B. Mance

**Other Documents**
3:08-cv-02602-EMC Ettinger v. Morgan Stanley & Co Inc.
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Connell, Erin entered on 5/27/2008 11:12 AM and filed on 5/27/2008
**Case Name:**     Ettinger v. Morgan Stanley & Co Inc.
**Case Number:**   3:08-cv-2602
**Filer:**         Morgan Stanley & Co Inc.
**Document Number:** 4

**Docket Text:**
**Declination to Proceed Before a U.S. Magistrate Judge by Morgan Stanley & Co Inc.** *And Request for Reassignment to a United States District Judge.* **(Connell, Erin) (Filed on 5/27/2008)**

**3:08-cv-2602 Notice has been electronically mailed to:**

Erin M. Connell    econnell@orrick.com, KBRANDT@Orrick.com

Amira Biko Day     aday@orrick.com

Trish Higgins      thiggins@orrick.com, jponce@orrick.com

H. Tim Hoffman     hth@hoffmanandlazear.com

Arthur William Lazear     awl@hoffmanandlazear.com

Morgan Matthew Mack     mmm@hoffmanandlazear.com

**3:08-cv-2602 Notice has been delivered by other means to:**

Cameron M. Cunningham
Attorney at Law
719 Orchard Street
Santa Rosa, CA 95405

Newman Guthrie Strawbridge
Crawford & Strawbridge
719 Orchard Street
Santa Rosa, CA 95404

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\ETTINGER\DECLINATION.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/27/2008] [FileNumber=4414035-0]

[6c9f1f284232f5631e0b2e7952ea8935404685fdcdd630114cac851f4472972707330
9928c0e6630267414d12372a7f1130faf7f5de5eac7c290a59b27a0471e]]