H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL ETTINGER, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

MORGAN STANLEY & CO., INC., and DOES 1 through 50, inclusive,

        Defendants.

**Case No. C 3:08-cv-2602**

**CERTIFICATE OF SERVICE**

I, Shola Ogunlana, declare:

    I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On May 28, 2008, I served the following documents:

**AMENDED CLASS ACTION COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION**

EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL

EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, **Case No. C 3:08-cv-2602**:

Erin M. Connell     econnell@orrick.com, KBRANDT@Orrick.com

Amira Biko Day     aday@orrick.com

Trish Higgins     thiggins@orrick.com, jponce@orrick.com

H. Tim Hoffman     hth@hoffmanandlazear.com

Arthur William Lazear     awl@hoffmanandlazear.com

Morgan Matthew Mack     mmm@hoffmanandlazear.com

✓ **FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

Cameron M. Cunningham
Attorney at Law
719 Orchard Street
Santa Rosa, CA 95405
Fax: (707) 573-1094

Newman Guthrie Strawbridge
Crawford & Strawbridge
719 Orchard Street
Santa Rosa, CA 95404
Fax: (707) 829-7039

BY MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 28, 2008

Shola Ogunlana