TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:   916-447-9200
Facsimile:   916-329-4900

ERIN M. CONNELL (State Bar No. 223355)
AMIRA B. DAY (State Bar No. 239045)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
MORGAN STANLEY & CO. INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROL ETTINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 08-02602 CW<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is 400 Capitol Mall, Suite 3000, Sacramento, California 95814.

On May 30, 2008, I served the foregoing:

1.   **CIVIL COVER SHEET;**

2.   **NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, AND 1453;**

3.    **DECLARATION OF WENDY WARNER IN SUPPORT OF NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, AND 1453;**

4.    **NOTICE OF INTERESTED PARTIES;**

5.    **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

6.    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

7.    **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

8.    **STANDING ORDER FOR CIVIL PRACTICES IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;**

9.    **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

10.    *[Form]* **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

11.    *[Form]* **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**

12.    **DROP BOX FILING PROCEDURES; AND**

13.    **U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**

by placing the documents in an envelope addressed to:

| | |
|---|---|
| H. Tim Hoffman<br>Arthur W. Lazear<br>Morgan M. Mack<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612 | Attorneys for Plaintiff<br>Carol Ettinger |
| Newman Strawbridge<br>Law Office of Newman Strawbridge<br>719 Orchard Street<br>Santa Rosa, CA 95404 | Attorneys for Plaintiff<br>Carol Ettinger |
| Cameron Cunningham<br>Law Office of Cameron Cunningham<br>719 Orchard Street<br>Santa Rosa, CA 95404 | Attorneys for Plaintiff<br>Carol Ettinger |

/ / / /

OHS West:260440885.1      - 2 -      CERTIFICATE OF SERVICE BY MAIL
(Case No. C 08-02602 CW)

1  and then sealing the envelopes, affixing adequate first-class postage and depositing them in the
2  United States mail at Sacramento, California.
3      Executed on May 30, 2008, at Sacramento, California.
4      I declare under penalty of perjury under the laws of these United States that the foregoing
5  is true and correct.


                                /s/ Jeanette Ponce
                                Jeanette L. Ponce