TRISH M. HIGGINS (State Bar No. 119215)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:   916-447-9200
Facsimile:   916-329-4900

ERIN M. CONNELL (State Bar No. 223355)
AMIRA B. DAY (State Bar No. 239045)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
MORGAN STANLEY & CO. INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROL ETTINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 08-02602 CW<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is 400 Capitol Mall, Suite 3000, Sacramento, California 95814.

On June 2, 2008, I served the foregoing **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** by placing the document in an envelope addressed to:

| | | |
|---|---|---|
| 1 | H. Tim Hoffman | Attorneys for Plaintiff |
| | Arthur W. Lazear | Carol Ettinger |
| 2 | Morgan M. Mack | |
| | Hoffman & Lazear | |
| 3 | 180 Grand Avenue, Suite 1550 | |
| | Oakland, CA 94612 | |
| 4 | | |
| | Newman Strawbridge | Attorneys for Plaintiff |
| 5 | Law Office of Newman Strawbridge | Carol Ettinger |
| | 719 Orchard Street | |
| 6 | Santa Rosa, CA 95404 | |
| 7 | Cameron Cunningham | Attorneys for Plaintiff |
| | Law Office of Cameron Cunningham | Carol Ettinger |
| 8 | 719 Orchard Street | |
| | Santa Rosa, CA 95404 | |

and then sealing the envelope, affixing adequate first-class postage and depositing it in the United States mail at Sacramento, California.

Executed on June 2, 2008, at Sacramento, California.

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct.

/s/ Jeanette Ponce
Jeanette L. Ponce

OHS West:260449181.1    - 2 -    CERTIFICATE OF SERVICE BY MAIL
(Case No. C 08-02602 CW)