# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ettinger,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Morgan Stanley & Co Inc.,<br><br>            Defendant(s). | 08-02602 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: August 21, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-02602 CW                     -2-

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:      Ettinger v. Morgan Stanley & Co Inc.

Case Number:    08-02602 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On August 21, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Morgan Matthew Mack
>   Hoffman & Lazear
>   180 Grand Avenue
>   Suite 1550
>   Oakland, CA 94612
>   mmm@hoffmanandlazear.com
>
>   Newman Guthrie Strawbridge
>   Crawford & Strawbridge
>   719 Orchard Street
>   Santa Rosa, CA 95404
>
>   H. Tim Hoffman
>   Hoffman & Lazear
>   180 Grand Avenue, Suite 1550
>   Oakland, CA 94612
>   hth@hoffmanandlazear.com
>
>   Cameron M. Cunningham
>   Attorney at Law
>   719 Orchard Street

Santa Rosa, CA 95405

Arthur William Lazear
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612
awl@hoffmanandlazear.com

Amira Biko Day
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
The Orrick Building
San Francisco, CA 94105
aday@orrick.com

Trish Higgins
Orrick, Herrington & Sutcliffe
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
thiggins@orrick.com

Erin M. Connell
Orrick Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
econnell@orrick.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 21, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Lisa M. Salvetti

        */s/ Lisa M. Salvetti*
        ADR Administrative Assistant
        415-522-2032
        lisa_salvetti@cand.uscourts.gov