IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ETTINGER,

    Plaintiff,

  v.

MORGAN STANLEY & CO INC.,

    Defendant.
_____/

No. C 08-02602 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for September 2, 2008, is continued to **September 16, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The joint Case Management Statement will be due one week prior to the conference.

Dated: 8/25/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk