IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL ETTINGER,

    Plaintiff,

  v.

MORGAN STANLEY & CO., INC.,

    Defendant.
_____/

No. C 08-02602 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    Pursuant to the Joint Case Management Statement,

    IT IS HEREBY ORDERED that the Case Management Conference, previously set for August 4, 2009, is continued to **September 29, 2009, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 8/3/09

_____
CLAUDIA WILKEN
United States District Judge